# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Vivian Dorothea Grover-Tsimi,

        Plaintiff,        Civil No. 09-2633 (RHK/JJG)

vs.        **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Park Dental Group, et al.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 29, 2009

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge